1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JOSE SALDIVAR URENO,                    **Case No. ED 17-00227 DSF (RAO)**

12                    Petitioner,

13        v.                                 **ORDER ACCEPTING FINDINGS,
                                             CONCLUSIONS, AND**
14   STU SHERMAN,                            **RECOMMENDATIONS OF
                                             UNITED STATES MAGISTRATE**
15                    Respondent.            **JUDGE**

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the

18   records and files herein, and the Magistrate Judge's Amended Report and

19   Recommendation.  The time for filing objections to the Amended Report and

20   Recommendation has passed and no objections have been received.  Accordingly,

21   the Court accepts and adopts the findings, conclusions, and recommendations of the

22   Magistrate Judge.

23        IT IS ORDERED that the Petition is denied, and Judgment shall be entered

24   dismissing this action with prejudice.

25

26   DATED:  7/31/17

27                                           _____

28                                           DALE S. FISCHER
                                             UNITED STATES DISTRICT JUDGE